# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| EVERS PHARMACY INC., d/b/a DAUBER PHARMACY, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:22-cv-2156 |
| OPTUMRX, INC. successor by merger to Catamaran Corporation, and OPTUMRX, INC. in its own right, | § § § § § | Removed from the Twentieth Judicial Circuit Court, St. Clair County (Case No. 22 LA 0662) |
| Defendant. | § § | |

## NOTICE TO PLAINTIFFS OF THE FILING OF THE NOTICE OF REMOVAL

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 14, 2022, pursuant to 28 U.S.C. § 1446(d), Defendant OptumRx, Inc. filed a Notice of Removal in the United States District Court for the Southern District of Illinois, thereby removing this action to that United States District Court. A copy of the Notice of Removal is attached hereto as **Exhibit A** and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE that, by virtue of 28 U.S.C. § 1446(d), the above-described state action is now removed to the United States District Court for the Southern District of Illinois. The state court has no further jurisdiction over this action and you should proceed no further in that court or under its authority.

By: s/Michael J. Nester
Michael J. Nester, #02037211
Donovan Rose Nester, P.C.
15 N. 1st St., Suite A
Belleville, IL 62220
Telephone: (618) 212-6500
mnester@drnpc.com

Geoffrey M. Sigler, *Pro Hac Vice pending*
GSigler@gibsondunn.com
Katherine Maddox Davis, *Pro Hac Vice pending*
KDavis@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3776

Michael Holecek, *Pro Hac Vice pending*
MHolecek@gibsondunn.com
Brandon Stoker, *Pro Hac Vice pending*
BStoker@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7018

**Counsel for Defendant OptumRx, Inc**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2022, a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system and also sent, via U.S. mail, first-class postage prepaid, to:

Keith Short
Keith Short and Associates, P.C.
325 Market Street
Alton, IL 62002
keith@siltrial.com
Attorney for Plaintiffs

Mark R. Cuker
Jacobs Law Group
One Logan Square, Suite 1200
Philadelphia, PA 19103
mcuker@jacobslawpc.com
Attorney for Plaintiffs

                                                  /s/MICHAEL J. NESTER
                                                  **MICHAEL J. NESTER**